JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED.COM, INC. dba RED DIGITAL CAMERA, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br>NIGHTSKY HOSTING, INC., dba R3DDATA.COM, a California corporation,<br><br>Defendants. | Case No.: 12-cv-00034-DOC-MLG<br><br><br>ORDER FOR DISMISSAL |

This case having come before this Court, upon the pleadings, and it being represented to the Court that Plaintiff, Red.com, Inc. dba Red Digital Camera (hereinafter referred to as "Red") and Defendant, Nightsky Hosting, Inc. dba R3DDATA.COM, (hereinafter collectively referred to as "Defendant") have settled their differences with respect to the matters in dispute by way of a separate agreement between the parties. On the consent of the parties and their attorneys, and good cause having been shown,

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED**:

1       That all claims, counterclaims and defenses of Red and Defendant are
2 dismissed with prejudice.

4 DATED: December 17, 2012     */s/ David O. Carter*
                                          DAVID O. CARTER
                                          U.S. DISTRICT COURT JUDGE